UNITED STATES DISTRICT COURT
for the
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2015 JUL 27 AM 9: 47
CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| PEERLESS INSURANCE COMPANY,     )<br>　　　　Plaintiff,　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　v.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>ORDWAY ELECTRIC AND　　　　　　)<br>MACHINE, INC.,　　　　　　　　　)<br>　　　　Defendant.　　　　　　　　)  | Case No. 2:14-cv-190 |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

NOW COME the parties, by and through their counsel of record, and pursuant to Fed. R. Civ. P. 41 hereby agree and stipulate that the Court enter an order dismissing the claims of the Plaintiff, Peerless Insurance Company, against Defendant Ordway Electric and Machine, Inc., with prejudice.

Dated at Woodstock, Vermont this 17TH day of July, 2015.

/s/ Richard Windish
Richard Windish, Esq.
**HAYES & WINDISH**
45 Pleasant Street
Woodstock, VT 05091
rwindish@hayes-windish.com
(P) 802-457-2123 (F) 802-457-3656
ATTORNEYS FOR PLAINTIFF
PEERLESS INSURANCE COMPANY

Dated at Barre, Vermont this 21TH day of July, 2015.

Gary D. McQuesten, Esq.
Valsangiacomo, Detora, & McQuesten
P.O. Box 625
Barre, Vermont 05641

**APPROVED AND SO ORDERED:**

7/27/15
Date

_____
Presiding Judge

HAYES & WINDISH
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
45 PLEASANT STREET
WOODSTOCK, VT 05091
(802) 457-2123

00188254.WPD:　　　　　　　Page 1 of 1